Sheehan & Associates, P.C.            505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com            tel. 516.303.0552     fax 516.234.7800

June 2, 2020

District Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

           Re:   7:19-cv-08410-CS
                 Musikar et al v. Cumberland Farms, Inc.

Dear District Judge Seibel:

       This office, with co-counsel Michael Reese, Reese LLP, represents the plaintiff. Plaintiff provides this status update in accordance with your Honor's Individual Practices and Memo Endorsement of March 2, 2020, requiring plaintiff provide the Court with a status update by June 2, 2020, or when the bankruptcy proceedings conclude, whichever is sooner.

       Based on discussions with counsel for defendant, the bankruptcy proceeding has not concluded. I have been informed that it is nearing the conclusion though this may not occur for several months. Plaintiff will inform the Court when new information is provided to this office by defendant's counsel. Thank you.

                                           Respectfully submitted,

                                           /s/Spencer Sheehan
                                           Spencer Sheehan

## Certificate of Service

I certify that on June 2, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan