United States District Court
Southern District of New York

7:19-cv-08410-CS

Musikar et al, individually and on behalf of
all others similarly situated,

      Plaintiff,

   - against -

Cumberland Farms, Inc.,

      Defendant

Notice of Voluntary Dismissal

   Plaintiffs give notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  December 14, 2021

          Respectfully submitted,

          Sheehan & Associates, P.C.
          /s/Spencer Sheehan
          Spencer Sheehan
          spencer@spencersheehan.com
          60 Cuttermill Rd Ste 409
          Great Neck NY 11021
          Tel: (516) 268-7080

**Certificate of Service**

I certify that on December 14, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2